ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0492

FILED

04/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0492

PARK COUNTY ENVIRONMENTAL COUNCIL
and GREATER YELLOWSTONE COALITION,

       Plaintiffs and Appellees,

    v.

MONTANA DEPARTMENT OF ENVIRONMENTAL
QUALITY and LUCKY MINERALS, INC.,

       Defendants and Appellants,

    and

TIM FOX, in his capacity as Attorney General
of the STATE OF MONTANA,

       Intervenor and Appellant.

FILED

APR 0 8 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to our Order of March 17, 2020, this cause was classified for oral argument on Thursday, April 30, 2020, at 9:30 a.m. in the courtroom of the Montana Supreme Court, Joseph P. Mazurek Justice Building, Helena, Montana. Due to the Governor's extended declaration of a state of emergency and subsequent declaration for all Montanans to shelter in place,

IT IS HEREBY ORDERED that oral argument in this matter has been VACATED.

The Clerk of this Court is directed to provide a copy of this Order to all counsel of record, to Dean Paul Kirgis, Alexander Blewett III School of Law, University of Montana, to James W. Stordahl, Court Administrator of the Eighteenth Judicial District, to Anne Watson, Pre-Law Advisor, Montana State University, to John Mudd, Executive Director, State Bar of Montana, and to the Honorable Brenda Gilbert, District Judge.

DATED this    day of April, 2020.

For the Court,

By                         
                    Chief Justice